UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VERDUZCO,<br><br>           Plaintiff,<br><br>   v.<br><br>MICKEY PRICE, et al.,<br><br>           Defendants. | Case No. 19-cv-01440-JSW<br><br>**ORDER DENYING MOTIONS FOR EXTENSION OF TIME AND TO ORDER ATTORNEY GENERAL TO PRODUCE EVIDENCE; GRANTING IN PART MOTION FOR STAY OF DISCOVERY**<br><br>Re: Dkt. Nos. 139, 141, 142, 143 |

       Plaintiff has failed to show cause for additional time to file an opposition to the motion for summary judgment filed by Defendants' Rook and Basso. Accordingly, his motion is DENIED. The current deadline for his opposition affords him more than two months to file an opposition to both the above-described motion for summary judgment and Defendant Bush's separate motion for summary judgment. That is more than ample in light of the age of this case and the more than three years in which Plaintiff has had the opportunity to conduct and complete discovery. Accordingly, no further extension of time to file an opposition will be allowed absent a showing of extraordinary circumstances.

       Plaintiff's motions to compel the Attorney General to produce evidence to the California Board of Psychology and to a prosecutor are DENIED because neither they nor the Attorney General are parties to this lawsuit. Plaintiff has also failed to show any legal authority for such an order.

       Defendants' motion to stay discovery is GRANTED with respect to any discovery not related to the question of qualified immunity, including the items set listed in Defendants' motion (ECF No. 141 at 2:25-3:3). It is noted that because the qualified immunity defense requires an

analysis of whether Defendants were deliberately indifferent to Plaintiff's serious medical or safety needs, discovery related to that issue is not stayed.

**IT IS SO ORDERED.**

Dated: April 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge