UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VERDUZCO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICKEY PRICE, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01440-JSW<br><br>**JUDGMENT** |

　　　Judgment is entered in Defendants' favor.

**IT IS SO ORDERED.**

Dated: September 30, 2022

_____
JEFFREY S. WHITE
United States District Judge