UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VERDUZCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICKEY PRICE, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01440-JSW<br><br>**ORDER DENYING MOTION FOR RULING ON PENDING MOTIONS**<br><br>Re: Dkt. No. 185 |

　　　Plaintiff's motion for a ruling on his pending motions is DENIED as moot because the pending motions have been decided (*see* ECF No. 183).

　　　**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
JEFFREY S. WHITE
United States District Judge