IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 24 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL VERDUZCO,

    PLAINTIFF

Vs.

MICKEY PRICE, et. al.

    DEFENDANT(S)

CASE No. 4:19-CV-01440-JSW

MOT. AND NOTICE OF MOT. TO APPEAL PER THE COURTS JAN. 13, 2023 ORDER. PL. WAS DENIED SUMMARY JUDGEMENT APPEAL FORMS BUT WAS DIRECTED TO FILE NOTICE OF APPEAL ECF. 190. PL. IS MENTALLY ILL AND NEEDS HELP PLEASE. THIS NOTICE OF APPEAL IS PER THE COURTS ORDER IN ECF. 190 JAN. 13, 2023.

JUDGE: HON. JEFFERY S. WHITE

ARGUMENT 1

PL. WAS DENIED APPEAL FORMS FOR 9TH CIR. REVIEW BUT DIRECTED ON JAN. 13, 2023 TO FILE A NOTICE OF APPEAL ECF. 190. PL. WANTS TO APPEAL ECF Nos. 75, 183 AND ALL OBJECTIONS BY PL. TO THE 9TH CIRCUIT PL. IS MENTALLY ILL PLEASE HELP

"COURTS MUST, WHEN POSSIBLE, INTERPRET EACH WORD OF A LAW, SO AS TO GIVE IT MEANINGFUL EFFECT." SILVIERA V. LOCKER, 312 F.3d. 1083 (9TH CIR. 2002). "THE LIBERAL CONSTRUCTION RULE, RELIEVES A PRO SE LITIGANT FROM STRICT APPLICATION OF PROCEDURAL RULES AND DEMANDS THAT A COURT NOT HOLD MISSING OR INACCURATE LEGAL TERMINOLOGY OR MUDDLED DRAFTSMANSHIP AGAINST THEM", BLAISDELL V. FRAPPIER, 729 F.3d. 1237, 1241 (9TH CIR. 2013). "THERE IS AN OBLIGATION WHERE THE PETITIONER IS PRO SE, PARTICULARLY IN CIVIL RIGHT CASES, TO CONSTRUE THE PLEADINGS LIBERALLY AND TO AFFORD THE PETITIONER THE BENEFIT OF ANY DOUBT", BYRD V. PHOENIX POLICE DEPT., 885 F.3d. 639, 642 (9TH CIR. 2018).

PLAINTIFF IS A PATIENT ADMITTED IN A MENTAL HEALTH FACILITY AT THE (PIP) LEVEL OF MENTAL HEALTH CARE. (PIP) IS STRUCTURED TO RESTORE PATIENTS TO A STABLE RANGE SO THEY CAN FUNCTION OUTSIDE A (PIP) SETTING WHICH PLAINTIFF IS INCAPABLE OF DOING DUE TO SEVERE PSYCHOLOGICAL AND PHYSICAL TRAUMA. PLAINTIFF HAS BEEN A PATIENT ADMITTED IN (PIP) 3½ YEARS. "JUST AS A SERIOUS MEDICAL NEED MAY EXIST FOR A PHYSICAL CONDITION, SO MAY A SERIOUS NEED MAY EXIST FOR PSYCHOLOGICAL OR PSYCHIATRIC TREATMENT". DOMINO V. TEXAS DEPT. OF CRIMINAL JUST, 239 F.3d. 702 (5TH CIR. 2001). PATIENTS IN (PIP) ARE

1

1. LEGALLY DEFINED AS DISABLED FOR MENTAL HEALTH LEVEL OF CARE, CAL.COD.REG.TIT.15 § 3486(b)(13). "STATE REGULATIONS,
2. INCLUDING PRISON REGULATIONS HAVE THE FORCE OF LAW", MADRID V. GOMEZ, 889 F. SUPP. 1146, 1127 AT f.n. 219 (N.D.CAL. 1995).
3. "HOLDING THAT BEFORE A PRISONER MAY BE TRANSFERRED TO A MENTAL HEALTH FACILITY, IT MUST BE SHOWN THAT HE SUFFERS FROM
4. A MENTAL DISEASE THAT REQUIRES CARE AND TREATMENT", U.S. EX REL SCHUSTER V. HEROLD, 410 F. 2d. 1070, 1084 (2nd CIR. 1969).
5. PLAINTIFF HAS SUCCUMB TO DEPRESSION AND SUICIDE IDEATION SINCE ADMITTED TO (PIP) AND HAS CUT OFF THREE FINGERS
6. AT (PIP) AND A PARTIAL FINGER WAS AMPUTATED AFTER PLAINTIFF TRIED CUTTING IT OFF AT (PIP). IT'S NOT PLAINTIFF'S FAULT
7. THAT HE'S MENTALLY ILL AND DOES NOT KNOW LAW. UNDER THE EQUAL PROTECTION OF LAW PLAINTIFF NEEDS PRO SE FORMS TO
8. APPEAL SUMMARY JUDGEMENT.
9.
10. PLAINTIFF TOLD THE COURT HE WANTS APPEALLATE REVIEW, LINE 6-8 PG. 2, PL.'S ECF No. 187. PL. WROTE THE COURT CLERK ON
11. OCT. 10, 2022 REQUESTING PRO SE FORMS FOR 9TH CIRCUIT APPEALLATE REVIEW OF SUMMARY JUDGEMENT IN ECF No.'s 75 AND 183,
12. SEE EX. A-002; A-003. "THE COURT HELD THAT, THE DISTRICT COURT COULD CONSIDER UNSWORN, INADMISSIBLE STATEMENTS
13. WRITTEN BY THE PLAINTIFF IN A DIARY ABOUT HER DIABETES SYMPTOMS TO SUPPORT HER CLAIMS", FRASER Vs. GOODALE, 342 F. 3d.
14. 1032, 1036-37 (9TH CIR. 2003). THE COURT CLERK DID NOT RESPOND OR PROVIDE THE FORMS. NOW, APPEAL FORMS ARE DENIED,
15. ECF No. 190, EX. A-001 BUT THE COURT HAS INSTRUCTED PLAINTIFF TO FILE A NOTICE OF APPEAL WITHOUT PROVIDING NOTICE OF
16. APPEAL FORMS.
17.                                    CONCLUSION
18. THE FORMS TO APPEAL SUMMARY JUDGEMENT WERE DENIED WHICH IS BEYOND PLAINTIFF'S CONTROL BUT PER THE COURTS
19. JAN. 13, 2023 DIRECTIVE PL. SUBMITS A MOT. AND MOT. OF NOTICE OF APPEAL TO APPEAL SUMMARY JUDGEMENT IN ECF
20. No.'s 75, 183, AND ALL OBJECTIONS BY PL. OR NOTICE OF APPEAL FORMS TO APPEAL SUMMARY JUDGEMENT IN ECF
21. No.'s 75, 183, AND ALL OBJECTIONS BY PL. SINCE FILING THIS CASE.
22.                                    VERIFICATION
23. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. IF CALLED UPON TO DO, I CAN TESTIFY
24. TO THESE MATTERS. THIS DECLARATION WAS EXECUTED ON THE 18TH DAY OF JANUARY 2023 AT STOCKTON CALIFORNIA.
25.
26. [signature]
27.
28.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL VERDUZCO, | Case No. 19-cv-01440-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR PRO SE APPEAL FORMS** |
| MICKEY PRICE, et al., | Re: Dkt. No. 189 |
| Defendants. | |

Plaintiff has filed a "motion" for "pro se forms to appeal." (ECF No. 189.) The Court is not aware of any pro se appeal forms. The motion is DENIED. Plaintiff may appeal the judgment by filing a notice of appeal in accordance with the Federal Rules of Appellate Procedure. *See, e.g.*, Fed. R. App. P. 3, 4.

**IT IS SO ORDERED.**

Dated: January 13, 2023

JEFFREY S. WHITE
United States District Judge

EXHIBIT A-001

| Topic | Entry |
|---|---|
| 1:1 | October 08, 2022 (Saturday) After 1:1 with Psychiatrist S. Toal C/O A. Ege, J. Loza, and P. Rosenthal that I want to speak to a Lieutenant regarding R. Singh. Witnessed by SRN II H. Cole. |
| Cell Front with SRN II | October 08, 2022 (Saturday) Informed SRN II that R.N.'s are not complying with order. |
| Phone | October 08, 2022 (Saturday) Called Anna My Love. |
| Sgt. Aznar | October 08, 2022 (Saturday) Sgt. Aznar and (2) Sgt.'s interviewed me inside my room at 8:25 a.m. regarding Sgt. R. Singh. |
| 1:1 Cell Front | October 09, 2022 (Sunday) Had cell front with R.N. A. Ndzebe regarding Sgt. R. Singh. Asked her to e-mail Lieutenant at 7:55 a.m. |
| "LT" | October 09, 2022 (Sunday) Lieutenant R. Kendall had in cell interview with me. C/O A. Ege present regarding "legal mail" being rejected by mailroom D. Potts. 11:00 a.m. |
| Phone | October 09, 2022 Called Anna My Love. |
| Sgt. J. Postie | October 10, 2022 (Monday) Sgt. J. Postie approached cell front at 9:35 a.m. telling me he will call mailroom regarding interfering with my "legal mail" to harass me. |
| Phone | October 10, 2022 (Monday) Called Anna My Love. |
| Cell Front | October 10, 2022 (Monday) C/O Garcia-Dominguez told me Postie is still working on it. 1:40 p.m. |
| Court Clerk | October 10, 2022 (Monday) Wrote Court Clerk and told her provide pro se appeals forms because I want to appeal Summary Judgement in ECF No. 75 and 183 to 9th Cir. ECF 75 Appeal forms and ECF 183 forms; told her want to appeal. |

EXHIBIT A-002

| | | |
|---|---|---|
| CA-22 to C. Davis | October 10, 2022 (Monday) | Sent CA-22 form to Mailroom Supervisor asking C. Davis why is Mailroom Staff Abruptly Redacting Confidential Correspondence to Inmate Appeals. Told Davis to Reply. |
| Mom | October 10, 2022 (Monday) | Wrote Mom to Thank Her For Package. |
| Refused Assessment | October 10, 2022 (Monday) | Refused Nursing Assessment. |
| Cell Front | October 10, 2022 (Monday) | Had Cell Front With SRN J. Chang Complaining About RNs Not Caring If to Cut Off Fingers. |
| Refused Assessment | October 10, 2022 (Monday) | Refused Assessment. Alarm Activated. Lt. N. Loca, Sgt. A. Ramos Consillac Responded. Sgt. Consillac Told Staff That This Does Not Constitute As An Emergency. Told Staff Not To Activate Alarm. |
| Legal Mail Appeal | October 10, 2022 (Monday) | Resubmitted Staff Complaint Dated October 05, 2022 to Inmate Appeals At (PBSP). Twice Mail Room Staff Refused To Process My "Legal Mail" And Returned it to Harass Me. Processed By C/o J. Hendricks At Officer Station At 7:35 P.M. |
| Legal Mail Appeal | October 10, 2022 (Monday) | Resubmitted Staff Complaint Dated October 05, 2022 to Inmate Appeals At (CHCF). Twice Mail Room Staff Refused To Process My "Legal Mail" And Returned it to Harass Me. Processed By C/o J. Hendrick At Officer Station At 7:35 P.M. |
| Assignment Notice | October 10, 2022 (Monday) | Issued brievance Assignment Notice Log # 313456. |
| Int. Pustie | October 11, 2022 (Tuesday) | Pustie Announced Cell Front At 9:15 Am. Still Calling Mailroom. |
| Phone | October 11, 2022 (Tuesday) | Called Mom My love. Sent E-Mail to Sam Stanton Sacramento Bee |

## PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF __SAN JOAQUIN__

I am a citizen of the County of __SAN JOAQUIN__, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# __T-45537__.

My address is: DANIEL VERDUZCO, #T-45537
California Health Care Facility
__P.O. BOX 32110__
Stockton, CA 95213

On __JANUARY 18__, 2023, I served via United States Mail a copy of the following document(s): MOT. AND NOTICE OF MOT. TO APPEAL PER THE COURTS JAN.13, 2023 ORDER. PL. WAS DENIED SUMMARY JUDGEMENT APPEAL FORMS BUT WAS DIRECTED TO FILE NOTICE OF APPEAL ECF. 190. PL. IS MENTALLY ILL AND NEEDS HELP PLEASE. THIS NOTICE OF APPEAL IS PER THE COURTS ORDER IN ECF No. 190, JANUARY 13, 2023.

The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
1301 CLAY STREET, SUITE 400S
OAKLAND, CA. 94612

WILLIAM P. BURANICH, DAG
455 GOLDEN GATE AVE, STE 11000
SAN FRANCISCO, CA. 94102

HANNAH E. BUSH
290 ARDMOOR DRIVE
CLARKSVILLE TN. 37043

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on __JANUARY 18__, 2023 in San Joaquin County, California.

DANIEL VERDUZCO
Type or Print Name

Signature